UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN LOHBECK,

Plaintiff,

v.

AMAZON.COM SERVICES, LLC,

Defendant.

Case No. 2:26-cv-02007-DC-CSK (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 10, 13, 17, 36)

On August 21, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 36). No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 36) are ADOPTED;
2. Plaintiff's motion for remand (ECF No. 10) is DENIED;
3. Plaintiff's motion for sanctions (ECF No. 17) is DENIED;
4. Defendant's motion to dismiss the First Amended Complaint (ECF No. 13) is

GRANTED.

5. Plaintiff has thirty (30) days from the date of this order to file a Second Amended Complaint; and

6. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **October 29, 2026**

Dena Coggins
United States District Judge